JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br>     Plaintiffs, <br>     v. <br> 628 WEST IMPERIAL AVENUE, L.P., <br>     Defendant. | Case No. CV 25-3832 FMO (Ex) <br><br> **JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 6th day of October, 2025.

                                                             /s/
                                         Fernando M. Olguin
                                     United States District Judge